1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID McGUIRE,

11              Petitioner,              No. 2:11-cv-0412 KJN P

12        vs.

13   M. MARTEL, Warden,

14              Respondent.              <u>ORDER</u>

15   _____/

16        Petitioner, a state prisoner proceeding without counsel, has filed an application[1]

17   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in

18   forma pauperis.  In his application, petitioner challenges a conviction issued by the Kern County

19   Superior Court.  Kern County is part of the Fresno Division of the United States District Court

20   for the Eastern District of California.  <u>See</u> Local Rule 120(d).

21        Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.  This court will not rule on petitioner's request to proceed in forma pauperis.

25   _____

26        [1] It also appears petitioner has failed to sign the application (dkt. no. 1 at 6, 115), as  well as the motion to proceed in forma pauperis (dkt. no. 2).

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

3        2.  This action is transferred to the United States District Court for the Eastern

4    District of California sitting in Fresno; and

5        3.  All future filings shall reference the new Fresno case number assigned and

6    shall be filed at:

7            United States District Court
            Eastern District of California
8            2500 Tulare Street
            Fresno, CA 93721

9

10   DATED:  February 24, 2011

11

12                                          _____
                                            KENDALL J. NEWMAN
13                                          UNITED STATES MAGISTRATE JUDGE

14   mcgu0412.109

15

16

17

18

19

20

21

22

23

24

25

26